Nick Kalata and Mary Kalata, defendants in error, v. Merchants and Manufacturers Securities Company et al., plaintiffs in error. Gen. No. 35,044.

Opinion filed June 22, 1931.
Mort D. & Frank Goldberg, for plaintiffs in error; Frank Goldberg and Jack Lasky, of counsel. Thomas M. Poynton, for defendants in error.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Sofia Snellman, appellant, v. Evald Snellman, appellee. Gen. No. 35,103.

Opinion filed June 22, 1931. Rehearing denied July 6, 1931.
Alois S. Knapp, for appellant. Michael B. Roderick, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

George Gibbons, trading as Gibbons Lumber & Material Company, appellee, v. Eddie Jones, appellant. Gen. No. 35,118.

Opinion filed June 22, 1931.
Arthur M. Rawers, for appellant. J. Edward Jones, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

E. J. Morgan, appellee, v. Chicago Body & Equipment Company, appellant. Gen. No. 35,121.

Opinion filed June 22, 1931.
John E. McCoy, for appellant; Herbert Bebb, of counsel. No appearance for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.